1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   DENA L.,

9                          Plaintiff,

10          v.

11  COMMISSIONER OF SOCIAL
    SECURITY,

12

13                         Defendant.

Case No. 3:25-cv-05173-JHC

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

14

15          This matter comes before the Court on Plaintiff's application to proceed *in forma*

16  *pauperis* (IFP).  Dkt. # 2.  After consideration of the application, the balance of the record, and

17  the governing law, the Court ORDERS:

18          (1)    Plaintiff's application to proceed IFP (Dkt. # 2) is GRANTED.  Plaintiff does not

19  appear to have funds available to afford the $405.00 filing fee.

20          (2)    Procedures in this case are governed by the Supplemental Rules for Social

21  Security Actions Under 42 U.S.C. § 405(g) to the Federal Rules of Civil Procedure and by

22  Amended General Order 05-15 Re: Social Security Cases.  As detailed in Amended General

23  Order 05-15, no later than seven (7) days following the Court's notification to the Commissioner

of the commencement of the action, Plaintiff shall provide the United States Attorney's Office

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1  for the Western District of Washington with Plaintiff's full name and social security number

2  either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk

3  Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

4      Dated this 4th day of March, 2025.

5

6      _____
        John H. Chun

7      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2