UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENA L., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 3:25-cv-05173-JHC <br><br> ORDER RE: BRIEFING & SCHEDULE |

The Court **ORDERS** the following briefing schedule:

| | |
|---|---|
| Defendant's Response Brief, **limited to 6,300 words**, is due: | **June 30, 2025** |
| Plaintiff's Optional Reply Brief, **limited to 3,150 words**, is due: | **July 14, 2025, or within 14 days of the date the response is filed, whichever is earlier.** |

These dates and word limitations can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will consider the case on written submissions unless otherwise ordered.

ORDER RE: BRIEFING & SCHEDULE - 1

## BRIEFING REQUIREMENTS

**Legal Standards**

The Court is familiar with the standard of review and the five-step sequential evaluation process. The parties should thus avoid boilerplate discussions of these standards and should focus on applying pertinent and controlling legal authority to the facts of this case.

**Defendant's Response Brief**

Beginning on page one, Defendant shall indicate whether each error raised in the opening brief is disputed or undisputed. Defendant need not address Plaintiff's procedural summary unless there is disagreement. Subsequent sections of the response brief must respond to each disputed assignment of error and request for relief and must cite specific pages of the administrative record and applicable legal authority.

**Personal Data and Formatting**

All briefs must conform to the redaction rules regarding personal data set forth in LCR 5.2 and to the formatting requirements set forth in LCR 10.

In addition, all briefs must use the Bates number stamped on the lower right-hand corner of each page when citing to specific pages of the administrative record.

**The Court may strike or return for correction briefs not conforming to this Order.**

Dated this 9th day of June, 2025.

John H. Chun
United States District Judge