UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DENA L., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:25-CV-05173-JHC <br><br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, Dkt. # 10, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 30, 2025, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including August 13, 2025, or within 14 days of the date the response is filed, whichever is earlier, to file the optional Reply Briefs.

The Court DIRECTS the Clerk to note this matter for August 13, 2025

//

Page 1        ORDER - [3:25-CV-05173-JHC]

DATED this 25th day of June, 2025.

                                                 _____
                                                 JOHN H. CHUN
                                                 UNITED STATES DISTRICT JUDGE