UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DENA L., | Civil No. 3:25-CV-05173-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the parties' agreement and stipulation, Dkt. # 13, and for good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reversed and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act.

2. On remand, the administrative law judge (ALJ) shall:

    a. Offer Plaintiff the opportunity for a hearing,

    b. Take any action necessary to further develop the record, and

Page 1     ORDER - [3:25-CV-05173-JHC]

      c. Issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 2nd day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE