1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DENA L., | Civil No. 3:25-CV-05173-JHC |
| Plaintiff, | |
| vs. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on July 2, 2025.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 2nd day of July, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE