IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| DENA L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:25-cv-05173-JHC |
| | ) | |
| FRANK BISIGNANO, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the unopposed motion for fees and expenses pursuant to the Equal

Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*., IT IS HEREBY ORDERED:

    1.    Subject to any offset under the Treasury Offset Program, Defendant will pay

Plaintiff a total of $7,800.00 in EAJA fees.  If EAJA fees and costs are not subject

to any offset and an assignment is provided to SSA, the award shall be paid

directly to the order of Nikolay Ananin.  All payments in accordance with this

order should be submitted via electronic funds transfer (EFT) and directed to the

care of Plaintiff's attorney.

**Page 1**
**ORDER**
**[3:25-cv-05173-JHC]**

2.    Defendant's payment of this award bars any and all claims Plaintiff may have

relating to EAJA fees and expenses in connection with this action.

3.    Defendant's payment of this award is without prejudice to Plaintiff's right to seek

attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b),

subject to the offset provisions of the EAJA.

DATED this 6th day of August, 2025.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES JUDGE

**Page 2**
**ORDER**
**[3:25-cv-05173-JHC]**